IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 AUG 30 PM 3:42
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | CASE NO. 4:06CR3116 |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | ORDER |
| EDNA EDITH ARAIZA, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's oral motion to transport. Defendant is indigent and in need of non-custodial transportation following her initial appearance in the above captioned matter. Being fully advised in the premises, this Court finds that said motion should be granted.

ACCORDINGLY, IT IS ORDERED:

1. That defendant's motion is granted;

2. That the U.S. Marshals shall provide non-custodial transportation and subsistence (including lodging, if necessary) for defendant to travel from Lincoln, NE, to Tucson, AZ, on August 30, 2006 or as soon thereafter as may be arranged by the U.S. Marshals' Office; and, *utilizing defendants prior ticket or refund if possible, and.*

3. That defendant is ordered to contact the United States Pretrial Services Office in Tucson, AZ, immediately after arriving in Tucson.

DATED this 30th day of August, 2006.

BY THE COURT:

*[signature]*
The Honorable David L. Piester
United States Magistrate Judge

*Certified copy to USM*