IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                  Plaintiff,     )
                                 )          4:06CR3116
             v.                  )
                                 )
EDNA EDITH ARAIZA,               )
                                 )                ORDER
                  Defendant.     )
                                 )


        IT IS ORDERED:

        Plaintiff's unopposed motion to continue, filing 26, is
granted.  The suppression hearing is continued from November 2 to
December 6, 2006 at 1:30 p.m.

        DATED this 18th day of October, 2006.

                            BY THE COURT:

                            s/ David L. Piester

                            David L. Piester
                            United States Magistrate Judge