IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                   ) | |
| Plaintiff,    ) | |
|                                   ) | |
| v.                                ) | Case No.  4:06CR3116 |
|                                   ) | |
| EDNA EDITH ARAIZA,                ) | |
|                                   ) | |
| Defendant.    ) | |

## AMENDED ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Suppression Hearing, filing 28, from December 6, 2006, until a date certain on or after February 20, 2007.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's suppression hearing is continued until the 20th day of February, 2007 **at 1:30 p.m.**  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the defendant's suppression hearing.

Dated this 28th day of November, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge