```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3116 |
| | ) | |
| v. | ) | |
| | ) | |
| EDNA EDITH ARAIZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The hearing on defendant's motion to suppress, previously scheduled to commence at 1:30 p.m. on February 20, 2007, will commence on February 20, 2007 at <u>2:00 p.m.</u>  The hearing remains scheduled for three hours.

DATED this 27th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge