IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3116 |
| | ) | |
| v. | ) | |
| | ) | |
| EDNA EDITH ARAIZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The defendant's plea hearing before the undersigned, previously scheduled for April 26, 2007 at 1:30 p.m is re-scheduled to April 26, 2007 at <u>10:00 a.m.</u>

DATED this 9th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge