IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:06CR3116 |
| EDNA EDITH ARAIZA, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing for a Status Hearing, filing 40, from April 26, 2007, for approximately 30 days. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued to the 24th day of May, 2007, at 1:00 p.m., for a status hearing. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the plea hearing for a status conference. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from April 25, 2007, until the date set for the status hearing, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 25th day of April, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge