IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDNA EDITH ARAIZA, )<br>)<br>Defendant. ) | Case No. 4:06CR3116<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filing 43. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender John C. Vanderslice and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Ms. Araiza. **The Clerk is directed to remove Mr. Vanderslice from all future ECF notifications in this case.**

Dated this 23rd day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge