IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| EDNA EDITH ARAIZA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that Defendant Araiza's sentencing is continued to August 27, 2008, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 18, 2008.                         BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge