IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDNA EDITH ARAIZA, )<br>)<br>Defendant. ) | Case No. 4:06cr3116<br><br>ORDER TO WITHDRAW<br>EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant is ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

(SEALED) Exhibit Nos. 101 and 102 from 3/27/09 Sentencing Hearing

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 31st day of March, 2009.

s/ *Richard G. Kopf*
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07