IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 4:06CR3116 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EDNA ARAIZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the Motion for Release of Bond filed by attorney Carlos A. Monzón. The Court, being fully advised of the premises, find that the Motion should be, and hereby is, granted.

WHEREFORE the $2,250.00 bond posted in the above-captioned matter shall be released to the assignee, attorney Carlos A. Monzón.

DATED this <u>28th</u> day of April 2009.

<u>s/ Richard G. Kopf, U.S. Dist. Judge</u>
BY THE COURT